

**CT Corporation**
**Service of Process Notification**
05/30/2023
CT Log Number 543958236

## Service of Process Transmittal Summary

**TO:** Millie Futhey
SAFETY NATIONAL CASUALTY CORPORATION
1832 Schuetz Rd
Saint Louis, MO 63146-3540

**RE:** Process Served in Florida

**FOR:** Safety Specialty Insurance Company (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RUTH C. BALTZER vs. SAFETY SPECIALTY INSURANCE COMPANY |
| **CASE #:** | 23CA006643 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, Plantation, FL |
| **DATE/METHOD OF SERVICE:** | By Electronic Receipt on 05/30/2023 at 00:00 |
| **JURISDICTION SERVED:** | Florida |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification, Millie Futhey  millie.futhey@safetynational.com |
| | Email Notification, Millie Futhey  millie.futhey@safetynational.com |
| | Email Notification, Ariel Gage-Hasson  ariel.gage-hasson@safetynational.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324
866-331-2303
CentralTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

*23-000250780*

**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

RUTH C BALTZER

PLAINTIFF(S)

VS.

SAFETY SPECIALTY INSURANCE COMPANY

DEFENDANT(S)
_____/

SUMMONS, COMPLAINT, DISCOVERY

**CASE #:** 23-CA-006643
**COURT:** 20TH JUDICIAL CIRCUIT
**COUNTY:** LEE
**DFS-SOP #:** 23-000250780

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by ELECTRONIC DELIVERY on Friday, May 26, 2023 and a copy was forwarded by ELECTRONIC DELIVERY on Tuesday, May 30, 2023 to the designated agent for the named entity as shown below.

SAFETY SPECIALTY INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**\*Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule 1.080.**

*Jimmy Patronis*

Jimmy Patronis
Chief Financial Officer

CARLOS SANTI
PROPERTY & CASUALTY LAW GROUP
2307 DOUGLAS ROAD
SUITE 302
MIAMI, FL 33145

DR1