

Lee County Clerk - Court Records Search

## 23-CA-006643 : Baltzer, Ruth C Plaintiff vs Safety Specialty Insurance Company Defendant

| | | | |
|---|---|---|---|
| Case Type: | CA Insurance Claims | Date Filed: | 05/17/2023 |
| Location: | Dev Q | UCN: | 362023CA006643A001CH |
| Judge: | Michael T McHugh | Status: | Filed |
| Citation Number: | CA Insurance Claims | Appear By Date: | |

| Parties | | | |
|---|---|---|---|
| **Name** | **DOB** | **Attorney** | **Atty Phone** |
| Ruth Baltzer | | Carlos Santi | 305-961-1038 |
| Safety Specialty Insurance Company | | Sean Kelly | 727-498-2244 |

| Charge Details | | | | |
|---|---|---|---|---|
| **Offense Date** | **Charge** | **Plea** | **Arrest** | **Disposition** |

| Docket Events | | | |
|---|---|---|---|
| **Date** | **Description** | **Docket Number** | **Pages** |
| 05/17/2023 | UCR Case Initiation | 1 | |
| 05/17/2023 | Civil Cover Sheet | 2 | 3 |
| 05/17/2023 | Complaint | 3 | 83 |
| 05/17/2023 | Request for Production | 4 | 8 |
| 05/17/2023 | Notice of Service of Interrogatories | 5 | 1 |
| 05/17/2023 | Summons Submitted for Issuance - New Case<br />issued | 6 | 3 |
| 05/23/2023 | Standing Order in Circuit Civil Cases | 7 | 2 |
| 05/30/2023 | Return of Service on Summons Served | 8 | 1 |
| 06/19/2023 | Motion to Dismiss | 10 | 93 |
| 06/28/2023 | Notice of Hearing | 11 | 2 |
| 06/29/2023 | Amended Notice of Hearing<br />08/14/2023 @ 1:30 pm | 12 | 2 |
| 06/30/2023 | Stipulation | 13 | 1 |
| 07/14/2023 | Motion for Extension of Time | 14 | 2 |
| 07/25/2023 | Amended Complaint | 15 | 86 |
| 07/25/2023 | Request for Production | 16 | 6 |
| 07/25/2023 | Notice of Service of Interrogatories | 17 | 2 |
| 07/26/2023 | Order Granting Motion for Extension of Time | 18 | 2 |
| 07/28/2023 | Notice of Taking Deposition | 19 | 4 |
| 07/31/2023 | Notice of Cancellation of Hearing | 20 | 2 |
| 08/07/2023 | Motion to Dismiss | 21 | 284 |
| 08/11/2023 | Notice of Taking Deposition | 22 | 5 |
| 08/16/2023 | Notice of Hearing | 23 | 2 |
| 08/22/2023 | Notice of Taking Deposition | 24 | 4 |
| 08/31/2023 | Motion for Sanctions | 25 | 5 |
| 09/05/2023 | Notice of Service of Answers to Interrogatories | 26 | 2 |
| 09/05/2023 | Response and Objection to Request for Production | 27 | 10 |

| Date | Description | Docket Number | Pages |
|---|---|---|---|
| 09/05/2023 | Privilege Log | 28 | 2 |
| 09/14/2023 | Objection | 29 | 6 |
| 09/27/2023 | Stipulation | 30 | 2 |
| 09/28/2023 | Motion for Extension of Time | 31 | 2 |
| 10/02/2023 | Minutes | 32 | 2 |
| 10/03/2023 | Order |  | 2 |
| 10/24/2023 | Motion to Stay | 35 | 6 |
| 10/31/2023 | Notice of Cancellation of Deposition | 36 | 1 |
| 10/31/2023 | Notice of Taking Deposition | 37 | 4 |
| 11/01/2023 | Motion for Extension of Time | 38 | 2 |
| 11/01/2023 | Certificate of Completion/Compliance | 39 | 1 |

## Hearings

| Date | Time | Hearing | Location |
|---|---|---|---|
| 10/02/2023 | 1:30 PM | Circuit Civil Court - McHugh, Michael T | Courtroom 4-R |
| 08/14/2023 | 1:30 PM | CANCELLED-Other Circuit Civil Court - McHugh, Michael T | Courtroom 4-R |

## Financial

| Date | Description | Payer | Amount |
|---|---|---|---|
| 05/17/2023 | Charge | Ruth C Baltzer | 410.00 |
| 05/17/2023 | Payment | Ruth C Baltzer | 410.00 |
|  |  | Balance Due: | 0.00 |

## Bonds

| Description | Status Date | Bond Status | Amount |
|---|---|---|---|

## Warrants

| Number | Status Description | Issue Date | Service Date | Recall Date | Expiration Date | Warrant Type |
|---|---|---|---|---|---|---|