

**1 OF 1 RECORD(S)**

# Voter Registrations

## 1. Florida Voter Registration

**Registrant Information**

|  |  |
|---|---|
| **Name:** | BALTZER, RUTH C |
| **Residential Address:** | 3562 ESTERO BLVD |
|  | FORT MYERS BEACH, FL 33931-3714 |
|  | LEE COUNTY |
| **Home Phone:** | 2394635128 |
| **SSN:** | 093-32-XXXX |
| **Date of Birth:** | 05/1939 |
| **Age:** | 65+ |
| **Gender:** | Female |
| **Race:** | WHITE |

**Voter Information**

|  |  |
|---|---|
| **Registration Date:** | 11/16/2005 |
| **Last Vote Date:** | 11/08/2022 |
| **Party Affiliation:** | REPUBLICAN |
| **Active Status:** | ACTIVE |
| **Status:** | EARLY |
| **County:** | LEE |
| **County District:** | 03 |
| **State House District:** | 080 |
| **State Senate District:** | 033 |
| **U.S. House District:** | 019 |

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use: I have no permissible use
Your GLBA Permissible Use: I have no permissible use

Copyright © 2023 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

**End of Document**