```
 1      Q    And as we sit here today, you have not
 2   received any estimates or proposals for any of the
 3   damages that are being claimed for this property;
 4   correct?
 5      A    No, I haven't.
 6      Q    Okay.  And just to confirm, no receipts or
 7   invoices for any sort of temporary repairs, additional
 8   living expenses, or any of the contents that were at the
 9   property?
10      A    No.
11      Q    Okay.  Now, Ms. Baltzer, just kind of
12   switching gears a little bit to talk about your personal
13   background.  What's your date of birth?
14      A    May 25th, 1939.
15      Q    And are you a US citizen?
16      A    Yes.
17      Q    And where do you currently live?
18      A    I'm currently a Florida resident.
19      Q    Okay.  And where in Florida do you live?
20      A    3562 Estero Boulevard, Fort Myers Beach.
21      Q    Okay.  And that's not the same property that
22   we're here to discuss today, or is it?
23      A    Yes, it is.
24      Q    Okay.  I guess maybe I'm confused.
25   If -- if -- if there is no dwelling on the property,
```