Released by Mark Raudenbush on Oct 22, 2023  **Released**



854 River Point Dr   •   Naples, FL 34102-3431   •   Phone: 239-253-1068

Owner (Baltzer)

Job Address:
3580 Estero Blvd.
Fort Myers Beach, FL 33931

**Print Date:** 10-30-2023

# Proposal for Baltzer Residence

Caroline

Attached is the proposal to rebuild you home based upon the plans we reviewed earlier this week.

## 01 - General Requirements

| Items | Description | Cost Type | Price |
|---|---|---|---|
| **Impact Fees**<br>1000.000 - GENERAL REQUIREMENTS | Permit or Impact Fees will be billed separately | Other | $0.00 |
| **Permitting**<br>1000.000 - GENERAL REQUIREMENTS | Permit or Impact Fees will be billed separately | Other | $0.00 |
| 1022.000 - Builders Risk/Flood/Windstorm | Builders Risk Insurance Excluded to be billed seperatley | Other | $0.00 |
| **Supervision**<br>1040.000 - Supervision Wages | On Site Supervision | Labor | $17,647.50 |
| 1060.000 - Small Tools & Equipment | Small Tools and Consumables | Material | $1,411.80 |
| 1452.300 - Testing and Inspecting Services | Private Provider Building Inspections | Subcontractor | $7,647.25 |
| 1510.001 - Temporary Utilities | Temporary Utilities | Other | $705.90 |

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 1511.300 - Temporary Electricity | Course of construction power and generator | Other | $705.90 |
| 1520.000 - Portable Facilities | Portable toilets | Subcontractor | $882.38 |
| Temporary Protecton<br>1521.000 - Temporary Protection | Temporary Protection | Material | $2,117.70 |
| Silt Fence<br>1521.000 - Temporary Protection | Model# 31900500 Tenax<br>2 Ft x 100 Ft Silt Fence Black. | Material | $564.58 |
| Silt Fence Labor<br>1521.000 - Temporary Protection | Install Silt Fence | Labor | $1,905.93 |
| Cleanup<br>1540.000 - Clean Up & Punch Out | Daily and weekly progress clean up | Labor | $5,294.25 |
| Construction Layout<br>1712.313 - Construction Layout | Construction Layout, masonry, modular, drives and walks etc. | Labor | $3,209.49 |
| 1712.313 - Construction Layout | Construction Layout, survey pins | Subcontractor | $3,764.80 |
| Dumpster<br>1740.001 - Cleaning and Waste Management | Dumpster and trash removal | Subcontractor | $8,304.91 |
| Final Cleaning<br>1742.300 - Final Cleaning | Final Cleaning<br>Entrances & Exits<br>All doors that lead into the building should be inspected and cleaned. These areas are the first things the new owner will notice when they arrive on property.<br>Dust exterior lights<br>Make sure all lights are working<br>Wipe down windows<br>Clean doors, door frames, and doorknobs<br>Sweep entrance ways | Labor | $4,235.40 |
| Final Site Survey<br>1782.900 - Final Site Survey | Final Surveys, and other close out documents | Subcontractor | $5,647.20 |

## 01 - General Requirements Total:     $64,044.99

## 02 - Existing Conditions

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Bug Spray Soil<br>2010.000 - Soil Treatment | Bug Spray slab and final | Subcontractor | $529.43 |
| | Fill dirt rough and course of construction grading | Subcontractor | $11,765.00 |

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 2300.000 - Excavation/Export/Fill | | | |
| Excavation - Labor<br>2300.000 - Excavation/Export/Fill | Excavation of wall, footings and slab | Labor | $30,589.00 |
| Excavation - Mini Excavator<br>2300.000 - Excavation/Export/Fill | Excavate approx. 53 CY for footings. | Equipment | $20,941.70 |
| Soil Compaction<br>2301.000 - Site Preperation | Clearing, proof rolling and site prep. 1356 Sq. Ft. | Equipment | $3,058.90 |
| Soil Compaction<br>2301.000 - Site Preperation | Compact soil | Labor | $658.84 |
| Grading footings by hand<br>2302.000 - Final Grade | Final grade, hand grade all edges of footings. | Labor | $4,941.30 |
| 2302.000 - Final Grade | Final grade, machine and hand | Subcontractor | $5,882.50 |

## 02 - Existing Conditions Total: $78,366.67

## 03 - Concrete

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Concrete Footings<br>3000.000 - CONCRETE | Concerete Grade Beams | Material | $42,354.00 |
| Precast Concrete Piles<br>3010.000 - Piling | | Subcontractor | $58,236.75 |
| Concrete Forms @ Footings<br>3050.000 - Concrete Form, Place & Finish | Concrete Forms - Footings | Labor | $1,694.16 |
| Concrete Placement - Footings<br>3050.000 - Concrete Form, Place & Finish | Placement of Concrete - 30 CY | Labor | $5,082.48 |
| Concrete Slab on grade<br>3100.002 | Labor to prep form, pour and finsh concrete SOG | Labor | $14,118.00 |
| 4" Concrete Slab<br>3100.002 - Concrete Forming and Accessories | Install vapor barrier under both 4" slabs.<br>Pour Concrete & Finish | Material | $10,950.86 |
| Concrete Pumping<br>3600.000 - Concrete Pumping | Trailer Pumps - O Green Concrete Pumping LLC | Equipment | $3,823.63 |
| | Pump grout in all CMU cells and finish at top of column. 10.4 CY + 10% = 11.5 CY | Equipment | $31,676.09 |

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Grout Fill All Columns - 3000 psi. <br> 3600.000 - Concrete Pumping | | | |
| Fill CMU Blocks with pea gravel <br> 3600.000 - Concrete Pumping | Fill all Cells of CMU Blocks with pumped pea gravel | Labor | $2,758.89 |

| | | | |
|---|---|---|---|
| **03 - Concrete Total:** | | | **$170,694.86** |

## 04 - Masonry

| Items | Description | Cost Type | Price |
|---|---|---|---|
| CMU Blocks - Columns <br> 4200.000 - Concrete Masonry Units | 12" x 12" CMU Block - 14 EA. Per Column= 280 EA. | Material | $45,608.20 |
| Install 12" CMU Blocks <br> 4200.000 - Concrete Masonry Units | Installing Masonry CMU Blocks for all columns | Labor | $110,120.40 |

| | | | |
|---|---|---|---|
| **04 - Masonry Total:** | | | **$155,728.60** |

## 05 - Metals

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 5100.000 - Structural Steel | Structural Steel and Imbeds | Equipment | $5,882.50 |

| | | | |
|---|---|---|---|
| **05 - Metals Total:** | | | **$5,882.50** |

## 06 - Wood, Plastics & Composites

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 6100.000 - Rough Framing | Stair framing | Material | $42,354.00 |
| Stair Stringers <br> 6100.000 - Rough Framing | 2x12 Stingers - 4 EA. @ 10' <br> Calculated Stringers @ 9'-1" "Verify in Field" | Material | $8,823.75 |
| 6200.001 - Finish Carpentry | Trim Carpentry: Base casing, doors crown etc. | Material | $9,647.30 |
| Exterior screen railing Porch <br> 6431.600 - Wood Railings | Install wood railings on Factory Installed Porch | Labor | $50,824.80 |

| | | | |
|---|---|---|---|
| **06 - Wood, Plastics & Composites Total:** | | | **$111,649.85** |

## 07 - Thermal & Moisture Protection

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Insulation Labor<br>7200.000 - Insulation | Insulation | Labor | $4,141.28 |
| Siding<br>7462.600 - Hardboard Siding | Install siding at both gable ends.<br>5' x 24' = 120 sq. ft. * 2 = 240 Sq. Ft. | Labor | $16,941.60 |
| Metal Roofing<br>7611.300 - Standing Seam Sheet Metal Roofing | Standing Seam Sheet Metal Roofing; Color TBD. | Material | $84,708.00 |
| 7800.000 - Scaffolding | Scaffoldings, lifts and material handlers | Equipment | $5,882.50 |

**07 - Thermal & Moisture Protection Total:**    $111,673.38

## 08 - Openings

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 8002.000 - Doors Exterior | Exterior Doors | Material | $16,471.00 |
| 8002.000 - Doors Exterior | Set Exterior Doors | Labor | $2,058.88 |
| 8954.300 - Flood Vents | Flood Vents | Material | $3,529.50 |

**08 - Openings Total:**    $22,059.38

## 09 - Finishes

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 9100.000 - Stucco | Stucco or Cement exterior finsh | Subcontractor | $27,059.50 |
| Drywall Interior<br>9250.000 - Gypsum Board | Drywall hang, tape, and finsh at mate line | Labor | $1,941.23 |
| Tape & Mud Drywall Underbelly<br>9290.000 - Gypsum Board | Tape and Mud Drywall | Labor | $4,588.35 |
| Exterior Drywall on underbelly<br>9290.000 - Gypsum Board | Install Drywall on underbelly of unit. | Material | $3,058.90 |
| Finished Flooring<br>9600.001 - Flooring | Finished floors, labor and material allowance | Labor | $29,647.80 |

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Paint Exterior<br>9900.001 - Paint - Exterior | Paint siding on mate walls | Subcontractor | $11,516.15 |
| 9900.001 - Paint - Exterior | Ground Floor | Subcontractor | $1,764.75 |
| Interior Painting<br>9900.002 - Paint - Interior | Paint drywall on mate walls | Labor | $5,758.07 |

### 09 - Finishes Total: $85,334.75

## 10 - Specialties

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Bathrooms - Fixtures<br>10281.600 - Bath Accessories | Mirrors and lighting needs to be installed in all bathrooms. | Labor | $1,176.50 |

### 10 - Specialties Total: $1,176.50

## 11 - Equipment

| Items | Description | Cost Type | Price |
|---|---|---|---|
| Install Appliances<br>11301.313 - Residential Kitchen Appliances | Install Refrigerator, Stove & Dishwasher | Labor | $376.48 |
| 11301.300 - Residential Appliances | | | $17,647.50 |

### 11 - Equipment Total: $18,023.98

## 13 - Special Construction

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 13020.000 - Modular Homes | Modular Home | Subcontractor | $635,310.00 |
| Crane for setting units<br>13021.000 - Modular Home Set | Be sure there is advance notice for the crane operators to view property to determine if there are any electrical lines that need to be removed that would hamper the setting of the unit. | Subcontractor | $17,471.03 |
| Modular Trans<br>13021.000 - Modular Home Set | Modular Transport | Subcontractor | $56,472.00 |
| | Modular Set | Labor | $67,766.40 |

| | | | |
|---|---|---|---|
| Setting Modular Home 13021.000 - Modular Home Set | | | |

| 13 - Special Construction Total: | $777,019.43 |
|---|---:|

## 22 - Plumbing

| Items | Description | Cost Type | Price |
|---|---|---|---:|
| Hook up all plumbing items 22000.001 - PLUMBING | Water and sewer tie in's, install supply and discharge lines. | Labor | $12,353.25 |

| 22 - Plumbing Total: | $12,353.25 |
|---|---:|

## 23 - HVAC

| Items | Description | Cost Type | Price |
|---|---|---|---:|
| HVAC Installation. 23000.001 - Heating, Ventilating, & Air Conditioning (HVAC) | HVAC duct tie in's equipment set and start up. | Labor | $5,882.50 |
| 23380.000 - Ventilation Hoods | | Bid | $2,941.25 |

| 23 - HVAC Total: | $8,823.75 |
|---|---:|

## 26 - Electrical

| Items | Description | Cost Type | Price |
|---|---|---|---:|
| Electrical Hookups 26000.000 - ELECTRICAL | Meter and tie in's *NOTE: Before final connection from the electric meter to the unit be sure the breakers are turned off in the home to the Hot Water Heater, for it needs to be filled with water before power is connected to the HWH due to burning out the Elements that heat the water." | Labor | $17,647.50 |

| 26 - Electrical Total: | $17,647.50 |
|---|---:|

## 32 - Exterior Improvements

| Items | Description | Cost Type | Price |
|---|---|---|---:|

| | | |
|---|---|---|
| 32163.300 - Driveways | Bid | $16,941.60 |

**32 - Exterior Improvements Total:** $16,941.60

## 33 - Utilities

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 33100.000 - Water Utilities | Water underground supply Allowance | Bid | $705.90 |
| 33300.000 - Sanitary Sewerage | Sewer tie in allowance | Bid | $2,941.25 |

**33 - Utilities Total:** $3,647.15

## 14 - Conveying Equipment

| Items | Description | Cost Type | Price |
|---|---|---|---|
| 14200.000 - Elevators | | | $42,354.00 |

**14 - Conveying Equipment Total:** $42,354.00

## 12 - Furnishings

| Items | Description | Cost Type | Price |
|---|---|---|---|
| tropical landscape restoration estimate<br>12030.000 - Landscaping & Irrigation | | | $35,295.00 |

**12 - Furnishings Total:** $35,295.00

**Total Price: $1,738,717.14**

I confirm that my action here represents my electronic signature and is binding.

**Signature:** _____

**Date:** _____

**Print Name:** _____