## Property Insurance Notice of Intent to Initiate Litigation

| | |
|---|---|
| Notice Number: | [152112](#) |
| Notice Accepted: | 10/30/2023 11:15:25 AM |

☑ The submitter hereby states that The Property Insurance Intent to Initiate Litigation Notice is provided pursuant to Section 627.70152, Florida Statutes.

### Claimant (Insured filing suit under a residential or commercial insurance policy)

| | |
|---|---|
| Name: | **Ruth C. Baltzer** |
| Street Address: | **3562 Estero Boulevard** |
| City, State Zip: | **Fort Myers Beach, FL 33931** |
| Email Address: | **csanti@pclawgroup.com** |
| Policy Number: | **HS200948605** |
| Claim Number: | **FL-025-753** |

### Attorney

| | |
|---|---|
| Name: | **Carlos Santi** |
| Street Address: | **2307 Douglas Rd. Suite 302** |
| City, State Zip: | **Miami, FL 33145** |
| Email Address: | **csanti@pclawgroup.com** |
| Florida Bar #: | **70529** |
| Firm Name: | **Property & Casualty Law Group** |
| Role on Claim: | **Represent Insured** |

\* Pursuant to Section 627.70152, Florida Statutes, the Attorney filing this Notice must provide a copy of this Notice to the Claimant. The Claimant's email address is a required field as this Notice will be transmitted to the Claimant upon submission.



| Notice Details |
|---|
| Insurer Name: |
| **SAFETY SPECIALTY INSURANCE COMPANY(13815)** |
| **\*** Make sure to reference the declarations page on the insurance policy to confirm the legal name of the insurance company. If you are unsure about the correct legal name of the underwriting company, please check with the Secretary of State, Division of Corporations, at www.sunbiz.org, or the Office of Insurance Regulation website at www.companysearch.myfloridacfo.gov to search for an insurer's name. |
| The Department of Financial Services (Department) does not review entries for accuracy, determine the validity of the allegations, nor verify that the proper insurance company has been selected on the Property Insurance Intent to Initiate Litigation Notice (Notice). This system determines whether a filing is accepted based on whether it contains a response in all required fields necessary to submit a complete Property Insurance Intent to Initiate Litigation Notice. No determination is made as to the legal sufficiency of the information provided by the consumer or their counsel in the submission. |
| Alleged Acts or Omissions of the Insurer: |
| **The insurance company failed to comply with its policy obligations by 1) failing to conduct an adequate investigation of the loss dated September 28, 2022, 2) failing to adjust all losses, and 3) failing to fully indemnify the insured for all covered damages which include but are not limited to both dwellings, other structures, electrical systems, plumbing systems, landscaping, personal property, loss of rent, and remediation efforts. See attached written estimate.** |
| This Notice is being provided following a denial of coverage. |
| Estimate of Damages:   $1,738,717.00 |

| Attachments |
|---|
| The following documents were included as part of this Notice. Please open this Notice online to review or download these documents.<br>1. IDYLL Estimate Baltzer .pdf - Estimate |