**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

RUTH C. BALTZER,

  Plaintiff,

CIVIL ACTION

CASE NO.: 2:23-cv-999-SPC-KCD

vs.

SAFETY SPECIALTY
INSURANCE COMPANY,

  Defendant.
_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

  Pursuant to Local Rule 2.02(a), the Defendant, SAFETY SPECIALTY INSURANCE COMPANY hereby designates Michael J. Rivero, Esquire of Zinober, Diana & Monteverde, P.A., as its lead counsel in this action.

  Respectfully dated this 8th day of November, 2023.

           **ZINOBER DIANA & MONTEVERDE, P.A.**

           *Michael J. Rivero*
           _____
           **Michael J. Rivero, Esquire (FBN: 85326)
           Email: Mrivero@zinoberdiana.com**

*(Certificate of Service to follow)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing pleading was sent by electronic mail on this 8th day of November, 2023 to Counsel for Plaintiff(s) listed below:

Carlos L. Santi, Esquire (FBN: 70529)
**Property & Casualty Law Group**
2307 Douglas Road, Suite 302
Miami, FL 33145
Phone: 305-961-1038
Email: CSanti@pclawgroup.com
*Attorney for Plaintiff*

**ZINOBER DIANA & MONTEVERDE, P.A.**

_____
**Michael J. Rivero, Esquire (FBN: 85326)**
**Sean R. Kelly, Esquire (FBN: 124404)**
E-mail: MRivero@zinoberdiana.com
E-mail: Sean@zinoberdiana.com
E-mail: Izabella@zinoberdiana.com
150 Second Ave. N, Suite 1170
St. Petersburg, FL 33701
Phone: 727-498-2244
Fax:    727-498-8902
*Attorneys for Defendant*