UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RUTH C. BALTZER,

    Plaintiff,

v.                                                                          Case No. 2:23-cv-999-SPC-KCD

SAFETY SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant SAFETY SPECIALTY INSURANCE COMPANY, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Safety National Casualty Corporation

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

  Ruth C. Baltzer – Citizen of State of Florida
  Safety Specialty Insurance Company – Citizen of the State of Missouri

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Safety Specialty Insurance Company, Defendant
    Safety National Casualty Corporation
    Michael J. Rivero, Esq., Counsel for Defendant
    Sean R. Kelly, Esq., Counsel for Defendant
    Zinober, Diana & Monteverde P.A., Counsel for Defendant
    Ruth C. Baltzer, Plaintiff
    Carlos L. Santi, Esq., Counsel for Plaintiff
    Property & Casualty Law Group, Counsel for Plaintiff

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Safety Specialty Insurance Company is directly and wholly owned (100%) by Safety National Casualty Corporation. Safety National Casualty Corporation is a private company.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    None.

6. Identify each person arguably eligible for restitution:

    None.

  ☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and

---

(11th Cir. 2017); <u>D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra</u>, 661 F.3d 124, 125-27 (1st Cir. 2011).

I will immediately notify the judge in writing within fourteen days after I know of a conflict.

ZINOBER, DIANA & MONTEVERDE, P.A.

*/s/ signature*

_____
**Michael J. Rivero, Esquire (FBN: 85326)**
Sean R. Kelly, Esquire (FBN: 124404)
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing pleading was sent by electronic mail on this 14th day of November, 2023 to Counsel for Plaintiff(s) listed below:

Carlos L. Santi, Esquire (FBN: 70529)
**Property & Casualty Law Group**
2307 Douglas Road, Suite 302
Miami, FL 33145
Phone: 305-961-1038
Email: CSanti@pclawgroup.com
*Attorney for Plaintiff*

**ZINOBER DIANA & MONTEVERDE, P.A.**

*/s/ signature*

_____
**Michael J. Rivero, Esquire (FBN: 85326)**
**Sean R. Kelly, Esquire (FBN: 124404)**
E-mail:  MRivero@zinoberdiana.com
E-mail:  Sean@zinoberdiana.com
E-mail:  Izabella@zinoberdiana.com
150 Second Ave. N, Suite 1170
St. Petersburg, FL 33701
Phone:727-498-2244
Fax:  727-498-8902
*Attorneys for Defendant*

3